```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,      :

        - v -                  :
                                        **ORDER**
LAWRENCE SCHWARTZ              :
                                        00 Cr. 505 (JGK)
            Defendant.         :

- - - - - - - - - - - - - - - x
```

**IT IS HEREBY ORDERED** that all payments received by the Court from the defendant relating to his restitution obligations in this matter, including any future payments, shall be transferred by check to the U.S. Securities and Exchange Commission at:

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

Each transfer shall be accompanied by a letter referencing that the payments relate to Lawrence Schwartz and shall reference this action and Securities and Exchange Commission v. Freeman, et. al., 00 Civ 1963 (SDNY).

SO ORDERED:

Dated:   New York, New York
         March 18, 2020

                        /s/ John G. Koeltl
                    THE HONORABLE JOHN G. KOELTL
                    UNITED STATES DISTRICT JUDGE